

**HERZFELD & RUBIN, P.C.**
ATTORNEYS AT LAW    125 BROAD STREET, NEW YORK, NY 10004    TEL 212 471-8500    FAX 212 344-3333    WWW.HERZFELD-RUBIN.COM

Lydia Ferrarese
lferrarese@herzfeld-rubin.com
Direct Dial (212) 471-8543

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/16/2014
```

**MEMO ENDORSED**

April 15, 2014

Hon. Valerie Caproni
United State District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Room 240
New York, NY 10007

Re:  Maurizio Sacerdote v. George M. Pavia et al.
     13-CV-8043 (VC) (ECF Case)

Dear Judge Caproni:

We represent the Plaintiff Maurizio Sacerdote in the above referenced action and write jointly with counsel for the Defendants George M. Pavia and Pavia & Harcourt LLP to inform Your honor that the parties have reached an agreement in principle to settle this matter, and are currently negotiating one remaining aspect of the settlement concerning the future handling of the Estate.

In order to continue the negotiation and finalize the settlement agreement, the parties jointly request a two week extension on: (i) the deadline to file the joint status report, which is currently due tomorrow to April 30, 2014, and (ii) the deadline for the Requests to Admit, which are currently due on April 21, 2014 to May 5, 2014.

Prior to this request, the parties have asked for an adjournment and for a three week extension of time, which was granted by Your honor on March 14, 2014.

Further, the parties request an adjournment of the status conference currently scheduled for April 23, 2014 at 2 p.m..

We thank the Court for its consideration.

Respectfully submitted,

Lydia Ferrarese

cc: Howard S. Jacobowitz (via ECF)

---

Extensions GRANTED. The status conference is adjourned sine die. Unless a stipulation of discontinuance is submitted before 4/30/2014, the parties are directed to include in their joint status report an update on settlement negotiations, at which time the Court will schedule a conference.

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
Date: 4/16/2014