

**HERZFELD & RUBIN, P.C.**
ATTORNEYS AT LAW     125 BROAD STREET, NEW YORK, NY 10004    TEL 212 471-8500    FAX 212 3                    WWW.HERZFELD-RUBIN.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  4/30/2014
```

Lydia Ferrarese
lferrarese@herzfeld-rubin.com
Direct Dial (212) 471-8543

**MEMO ENDORSED**

April 30, 2014

Application GRANTED. No further extensions of time to submit the joint status report will be granted.

SO ORDERED.

Hon. Valerie Caproni
United State District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Room 240
New York, NY 10007

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Re:  Maurizio Sacerdote v. George M. Pavia et al.
     13-CV-8043 (VC) (ECF Case)                             Date: 4/30/2014

Dear Judge Caproni:

We represent the Plaintiff Maurizio Sacerdote in the above referenced action. We are writing to inform you that we received a proposed Settlement Agreement and Release from counsel for the Defendants yesterday.

In order to finalize the settlement agreement, we respectfully request an extension of time to submit a joint status report, or a stipulation of discontinuance, from today until May 15, 2014. We further request an extension of time to serve the Requests to Admit from May 5, 2014, to May 15, 2014. Counsel for the Defendants joins us in this request. The parties expect to be able to finalize the settlement agreement within the requested time.

Prior to this request, the parties have asked for two adjournments and extensions of time, which were granted by Your honor on March 14, 2014 and April 15, 2014, respectively.

We thank the Court for its consideration.

Respectfully submitted,

Lydia Ferrarese

cc: Howard S. Jacobowitz (via ECF)

| HERZFELD & RUBIN, P.C. | CHASE KURSHAN HERZFELD & RUBIN, LLC | HERZFELD & RUBIN, LLP | RUBIN MEYER DORU & TRANDAFIR |
|---|---|---|---|
| 1225 FRANKLIN AVE, SUITE 315 | 354 EISENHOWER PARKWAY, SUITE 1100 | 1925 CENTURY PARK EAST | SOCIETATE CIVILA DE AVOCATI |
| GARDEN CITY, NY 11530 | LIVINGSTON, NJ 07039-1022 | LOS ANGELES, CA 90067 | 7, STRADA PUTUL CU PLOPI |
| TELEPHONE: 212-471-3231 | TELEPHONE: 973-535-8840 | TELEPHONE: 310-553-0451 | BUCHAREST I, ROMANIA |
|  |  |  | TELEPHONE: (40)(21) 311-1460 |