

HERZFELD & RUBIN, P.C.
ATTORNEYS AT LAW          125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500  FAX 212 344-3333  WWW.HERZFELD-RUBIN.COM

Lydia Ferrarese
lferrarese@herzfeld-rubin.com
Direct Dial (212) 471-8543

**MEMO ENDORSED**

May 20, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    5/22/2014

Hon. Valerie Caproni
United State District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Room 240
New York, NY 10007

Re:   Maurizio Sacerdote v. George M. Pavia et al.
      13-CV-8043 (VC) (ECF Case)_____

Dear Judge Caproni:

        We represent the Plaintiff Maurizio Sacerdote in the above referenced action
and write jointly with counsel for the Defendants George M. Pavia and Pavia &
Harcourt LLP to inform Your Honor that the parties are finalizing a settlement
agreement in this matter.  Plaintiff's counsel is waiting to hear back from counsel
for the Defendants on the one remaining issue which needs to be resolved to finalize
the settlement agreement.

        In order to finalize the settlement agreement, the parties jointly request a
two week extension on: (i) the deadlines to complete depositions and to complete
discovery from May 21, 2014 and May 22, 2014, to June 4 and June 5, 2014,
respectively, (ii) the deadlines to file post-discovery summary judgment motions
which are currently due May 28, 2014 to June 11, 2014, and (iii) the deadlines to
file answering papers and reply papers which are due June 6, 2014 and June 13,
2014 to June 20, 2014 and June 27, 2014.

        Prior to this request, the parties have asked for an adjournment and for three
brief extensions of time, which were granted by Your Honor on March 14, 2014,
April 15, 2014, and April 30, 2014.

        A status conference has been scheduled for June 30, 2014 at 10 a.m.

        We thank the Court for its consideration.

HERZEELD & RUBIN, P.C.       CHASE KURSHAN HERZFELD & RUBIN, LLC     HERZFELD & RUBIN, LLP      RUBIN MEYER DORU & TRANDAFIR
1225 FRANKLIN AVE, SUITE 315      354 EISENHOWER PARKWAY, SUITE 1100       1925 CENTURY PARK EAST        SOCIETATE CIVILA DE AVOCATI
GARDEN CITY, NY 11530            LIVINGSTON, NJ 07039-1022            LOS ANGELES, CA 90067          7, STRADA PUTUL CU PLOPI
TELEPHONE: 212-471-3231         TELEPHONE: 973-535-8840           TELEPHONE: 310-553-0451          BUCHAREST I, ROMANIA
                                                                                                 TELEPHONE: (40) (21) 311-1460



Respectfully submitted,

Lydia Ferrarese

cc:  Howard S. Jacobowitz (via ECF)

Application GRANTED.  No further extensions of time will be granted.  The Court also
notes that the parties have incorrectly noted the date of the status conference, which is
presently scheduled for June 27, 2014 at 10:00 a.m. per the Court's May 16, 2014 order.

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Date:  5/22/2014