

**VOUTÉ · LOHRFINK · MAGRO + McANDREW · LLP**

COUNSELORS AT LAW

CHARLES D. LOHRFINK, JR.
MARK McANDREW*
JOAN S. LEVIN
DIANE K. KANCA
HAL ROBERTS*
JOSEPH B. FAILLA✧
HOWARD S. JACOBOWITZ
LAURA K. SILVERSTEIN
BRIAN D. MEISNER
JOHN R. BRAUNSTEIN
JONATHAN I. WEINSTEIN, M.D.
JEFFREY S. PESKE*
EDWARD G. WARREN
WILLIAM G. MORRIS

GAIL A. RUECKEL
Managing Attorney

170 HAMILTON AVENUE
WHITE PLAINS, NEW YORK 10601-1789

TELEPHONE: 914.946.1400
FACSIMILE:  914.946.8024
E-MAIL: vlmmc@vlmmc-law.com
WEBSITE: www.vlmmc-law.com

PLEASE RESPOND TO THE WHITE PLAINS OFFICE

NEW YORK OFFICE
100 PARK AVENUE, 20TH FLOOR
NEW YORK, NEW YORK, 10017
TELEPHONE: 212.867.9797
FACSIMILE:  212.867.5959

Of Counsel:
ARTHUR J. VOUTÉ, JR.
RICHARD L. MAGRO
ELLIOT A. CRISTANTELLO
KEVIN J. MULLINS☐
ELI S. COHN

ZAHIDA RAMESAR, Practice Manager
MARGUERITE TROMBETTA, R.N., Paralegal

✧Also Admitted in New Jersey
*Also Admitted in Connecticut
☐Also C.P.A. and C.F.P.

June 6, 2014

Honorable Valerie Caproni
United State District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York  10007

        RE:    Sacerdote v. Pavia
                 13-CV-8043 (VC) (ECF Case)

Dear Judge Caproni:

    We are counsel for defendants in the above action.  We are pleased to advise the court that the parties have settled the case.

    We enclose the Stipulation of Discontinuance with prejudice executed by counsel for the parties and ask that the court "so order" the document.

    I thank the court for its attention to this matter.

                            Respectfully submitted,

                            Howard S. Jacobowitz

Honorable Valerie Caproni
United State District Judge
June 6, 2014
Page 2

HSJ/ko
Encl.
Cc:   Lydia Ferrarese, Esq.
      Herzfeld & Rubin, P.C.
      125 Broad Street
      New York, New York  10004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MAURIZIO SACERDOTE,                           :   Case No. 13cv8043
                                              :
                 Plaintiff,                   :
                                              :   **STIPULATION OF**
                                              :   **VOLUNTARY**
         v.                                   :   **DISMISSAL PURSUANT**
                                              :   **TO F.R.C.P. 41(a)(1)(A)(ii)**
GEORGE PAVIA                                  :
PAVIA & HARCOURT LLP,                         :
                                              :
                 Defendants.                  :
-------------------------------------------------------------------x

IT IS STIPULATED AND AGREED between the parties and their respective counsel that this action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed in counterparts and a signature provided via facsimile or portable document format ("pdf") shall be treated as original signatures for the purpose of this stipulation.

IT IS FURTHER STIPULATED AND AGREED that the terms of the Settlement Agreement between the parties are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

Dated: Westchester, New York
       June 5, 2014


Herzfeld & Rubin, P.C.                              Voute, Lohrfink, Magro & McAndrew, LLP


By: /s/ Lawton Squires                              By: /s/ Howard S. Jacobowitz
    Lawton Squires                                      Howard S. Jacobowitz
*Attorneys for Plaintiff*                           *Attorneys for Defendants*
125 Broad Street, 12th Floor                        170 Hamilton Avenue
New York, New York 10004                            White Plains, New York 10601
Tel: (212) 471-8500                                 Tel: (914) 946-1400

SO ORDERED:

_____
Hon. Valerie E. Caproni, U.S.D.J.