```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
MAURIZIO SACERDOTE, :
                Plaintiff, :
: 13-CV-8043 (VEC)
    -against- :
: ORDER
:
GEORGE M. PAVIA and PAVIA & :
HARCOURT LLP, :
                Defendants. :
:
------------------------------------------------------------ X

VALERIE CAPRONI, District Judge:

    WHEREAS the parties on June 6, 2014 submitted a stipulation of dismissal asking the Court to retain jurisdiction over their settlement agreement; and

    WHEREAS the parties did not submit their settlement agreement with that stipulation of dismissal; and

    WHEREAS pursuant to Rule 4C of the Court's Individual Practices in Civil Cases, absent extraordinary circumstances, the Court will not retain jurisdiction to enforce a confidential settlement agreement; it is hereby

    ORDERED that by June 20, 2014, the parties must either publicly file the terms of their settlement agreement, submit a request to file the agreement under seal in accordance with Rule 4A of the Court's Individual Practices, or submit a revised stipulation of dismissal that does not ask the Court to retain jurisdiction.

**SO ORDERED.**

Date: June 9, 2014
      New York, NY
                                  _____
                                  VALERIE CAPRONI
                                  United States District Judge