```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/11/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MAURIZIO SACERDOTE,                                :   Case No. 13cv8043
                                                   :
                    Plaintiff,                     :
                                                   :   **STIPULATION OF**
        v.                                         :   **VOLUNTARY**
                                                   :   **DISMISSAL PURSUANT**
GEORGE PAVIA                                       :   **TO F.R.C.P. 41(a)(1)(A)(ii)**
PAVIA & HARCOURT LLP,                              :
                                                   :
                    Defendants.                    :
-----------------------------------------------------------------x

IT IS STIPULATED AND AGREED between the parties and their respective counsel that this action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed in counterparts and a signature provided via facsimile or portable document format ("pdf") shall be treated as original signatures for the purpose of this stipulation.

Dated: Westchester, New York
       June 10, 2014

Herzfeld & Rubin, P.C.                              Voute, Lohrfink, Magro & McAndrew, LLP

By: _____                         By: _____
       Lawton Squires                                      Howard S. Jacobowitz
*Attorneys for Plaintiff*                           *Attorneys for Defendants*
125 Broad Street, 12th Floor                        170 Hamilton Avenue
New York, New York 10004                            White Plains, New York 10601
Tel: (212) 471-8500                                 Tel: (914) 946-1400


                                                    SO ORDERED:

                                                    _____
                                                    Hon. Valerie E. Caproni, U.S.D.J.

                                                    Date:  6/11/2014